UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 4:05CR 40033-FDS |
| | ) | |
| THOMAS VIGLIATURA, | ) | |
| MATTHEW MCLAUGHLIN, | ) | |
| BRIAN BENEDICT, and | ) | |
| HERIBERTO ARROYO | ) | |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America, through the undersigned attorney, moves to seal the Indictment, this Motion and any resulting Orders, to allow law enforcement officers to apprehend the defendants without incident.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____ 7/27/05
George W. Vien
Assistant U.S. Attorney