UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                )<br>)<br>THOMAS VIGLIATURA,         )<br>MATTHEW MCLAUGHLIN,         )<br>BRIAN BENEDICT, and         )<br>HERIBERTO ARROYO            )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO. 4:05CR40033-FDS<br><br>VIOLATIONS:<br><br>21 U.S.C. § 846–<br>Conspiracy to Distribute<br>and to Possess with<br>Intent to Distribute<br>GHB and GBL<br><br>21 U.S.C. § 846–<br>Conspiracy to Possess<br>Cocaine and 3,4<br>Methylenedioxy-<br>methamphetamine/MDMA<br><br>21 U.S.C. § 841(a)(1)--<br>Possession with Intent to<br>Distribute and<br>Distribution of GHB and<br>GBL<br><br>21 U.S.C. § 853--<br>Criminal Forfeiture<br>Allegation |

INDICTMENT

COUNT ONE:   (21 U.S.C. §846--Conspiracy to Distribute and to
             Possess With Intent to Distribute GHB and GBL)

The Grand Jury charges that:

   From in or about the Summer of 2000 and continuing

thereafter until in or about the Summer of 2004, in Worcester,

and elsewhere in the District of Massachusetts, and elsewhere,

> THOMAS VIGLIATURA,
> MATTHEW MCLAUGHLIN,
> BRIAN BENEDICT, and
> HERIBERTO ARROYO

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, gamma-hydroxybutyric acid ("GHB"), a Schedule I controlled substance, and gamma butyrolactone ("GBL"), a controlled substance analogue as defined in 21 U.S.C. §802(32), intending it for human consumption as provided in 21 U.S.C. §813, in violation of 21 U.S.C. §841(a)(1).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:   (21 U.S.C. §846 - Conspiracy To Possess Cocaine and 3,4 methylenedioxymethamphetamine/MDMA (Ecstasy))

The Grand Jury further charges that:

From in or about the Summer of 2000, and continuing until in or about the Summer of 2004, in the District of Massachusetts and elsewhere,

> THOMAS VIGLIATURA,
> BRIAN BENEDICT, and
> HERIBERTO ARROYO

defendants herein, knowingly and intentionally, combined, conspired and agreed together and with other persons known and unknown to the Grand Jury, to possess cocaine, a Schedule II controlled substance, and 3,4 methylenedioxymethamphetamine/MDMA, also known as Ecstasy, a Schedule I controlled substance, in violation of 21 U.S.C. §844.

All in violation of Title 21, United States Code, Section 846.

COUNT THREE:   (21 U.S.C. §841(a)(1) - Possession With Intent To Distribute And Distribution of GBL)

The Grand Jury further charges that:

On or about February 4, 2004, in the District of Massachusetts,

THOMAS VIGLIATURA

defendant herein, knowingly and intentionally possessed with intent to distribute, and distributed, a mixture and substance containing a detectable amount of gamma butyrolactone ("GBL"), a controlled substance analogue as defined in 21 U.S.C. §802(32), intending it for human consumption as provided in 21 U.S.C. §813.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR:  (21 U.S.C. §841(a)(1) - Possession With Intent To Distribute And Distribution Of GHB)

The Grand Jury further charges that:

On or about March 4, 2004 in the District of Massachusetts,

THOMAS VIGLIATURA

defendant herein knowingly and intentionally possessed with intent to distribute, and distributed, a mixture and substance containing a detectable amount of gamma-hydroxybutyric acid ("GHB"), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE: (21 U.S.C. §841(a)(1) - Possession With Intent To Distribute And Distribution Of GHB)

The Grand Jury further charges that:

On or about March 13, 2004, in the District of Massachusetts,

THOMAS VIGLIATURA

defendant herein, knowingly and intentionally possessed with intent to distribute, and distributed, a mixture and substance containing a detectable amount of gamma-hydroxybutyric acid ("GHB"), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT SIX</u>: (21 U.S.C. §841(a)(1) - Possession With Intent to
                Distribute And Distribution Of GHB And GBL)

The Grand Jury further charges that:

On or about June 25, 2004, in the District of Massachusetts,

                        THOMAS VIGLIATURA

defendant herein, knowingly and intentionally possessed with intent to distribute, and distributed a mixture and substance containing a detectable amount of gamma-hydroxybutyric acid ("GHB"), a Schedule I controlled substance, and gamma butyrolactone ("GBL"), a controlled substance analogue as defined in 21 U.S.C. §802(32), intending it for human consumption as provided in 21 U.S.C. §813.

All in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION
====================

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One and Three through Six of this Indictment,

>  THOMAS J. VIGLIATURA,
>  MATTHEW A. MCLAUGHLIN
>  BRIAN W. BENEDICT, and
>  HERIBERTO ARROYO,

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. Such property includes, but is not limited to:

>  (a) $50,000 in United States currency, in that such sum in aggregate represents the amount the defendants received as a result of the violation;
>
>  (b) all right, title, or interest in the business known as "T VIGS SPORTS SUPPLEMENTS," having a corporate place of business at 98 W. Boylston Street, Worcester, Massachusetts;
>
>  (c) all right, title, or interest in the real property located at 118 Santoro Road, Worcester, Massachusetts, having a deed recorded at Book 32867, Page 308 (Document No. 26988) at the Worcester County Registry

of Deeds.

If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant --

    (a)   cannot be located upon the exercise of due diligence;

    (b)   has been transferred or sold to, or deposited with, a third party;

    (c)   has been placed beyond the jurisdiction of the Court;

    (d)   has been substantially diminished in value; or

    (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS

    Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

3:27 p.m.

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Worcester  **Category No.** II  **Investigating Agency** DEA

**City** Worcester  **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Thomas Vigliatura    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   118 Santoro Road, Worcester, MA

Birth date (Year only): 1968   SSN (last 4 #): 5486   Sex M   Race: Caucasian   Nationality: U.S.A.

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   George Vien    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/27/05   Signature of AUSA: *[signature]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Thomas Vigliatura

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to Distribute GHB and GBL | 1 |
| Set 2  21 U.S.C. § 846 | Conspiracy to Possess Cocaine and MDMA | 2 |
| Set 3  21 U.S.C. § 841(a)(1) | Possession of GHB/GBL with Intent | 3, 4, 5, 6 |
| Set 4  21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Worcester      **Category No.** II      **Investigating Agency** DEA

**City** Worcester      **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Brian Benedict      **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** 53 Woodland Road, Alburn, MA

**Birth date (Year only):** 1972  **SSN (last 4 #):** 4652  **Sex** M  **Race:** Caucasian  **Nationality:** U.S.A.

**Defense Counsel if known:** _____      **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** George Vien      **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/27/05      **Signature of AUSA:** /s/ [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Brian Benedict

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to Distribute GHB and GBL | 1 |
| Set 2  21 U.S.C. § 846 | Conspiracy to Possess Cocaine and MDMA | 2 |
| Set 3  21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: Worcester     Category No. II     Investigating Agency DEA

City  Worcester     Related Case Information:

County  Worcester     Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Matthew McLaughlin     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   52 Braveboat Harbor Road, Kittery Point, ME

Birth date (Year only): 1972   SSN (last 4 #): 3006   Sex M   Race: Caucasian   Nationality: U.S.A.

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  George Vien     Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment
Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/27/05     Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Matthew McLaughlin

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to Distribute GHB and GBL | 1 |
| Set 2  21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Worcester    **Category No.** II    **Investigating Agency** DEA

**City** Worcester    **Related Case Information:**

**County** Worcester
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Heriberto Arroyo          Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address   49 Pleasant Street, Worcester, MA

Birth date (Year only): 1969   SSN (last 4 #): 5186   Sex M   Race: Hispanic   Nationality: U.S.A.

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   George Vien          Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Heriberto Arroyo

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute GHB and GBL | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to Possess Cocaine and MDMA | 2 |
| Set 3 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**