UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>THOMAS VIGLIATURA,       )<br>MATTHEW MCLAUGHLIN,      )<br>BRIAN BENEDICT, and      )<br>HERIBERTO ARROYO         ) | Criminal No.: 05-40033-FDS |

GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America, through the undersigned attorney, moves to unseal the Indictment because some of the defendants have been arrested and the reasons for sealing no longer exist.

Denn, M.J.
MOTION ALLOWED
By the Court
Thomas F. [signature] 8/25/05
Deputy Clerk

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: [signature] 8/29/05
George W. Vien
Assistant U.S. Attorney