AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

HERIBERTO ARROYO

**WARRANT FOR ARREST**

CASE NUMBER: 4:05CR40033-FDS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     HERIBERTO ARROYO
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Distribute GHB and GBL; Conspiracy to Possess Cocaine and MDMA

in violation of
Title         21         United States Code, Section(s)  846

Deborah F. Shattuck
Name of Issuing Officer

Deborah F. Shattuck
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Worcester, Massachusetts
Date and Location    August 1, 2005

Bail fixed at $ _____ by _____
                                     Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8-24-05 | TFO Rodney Burdwin | Rodney Burd |

This form was electronically produced by Elite Federal Forms, Inc.