AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of ____MASSACHUSETTS____

## APPEARANCE

CASE NUMBER: 05 - 40033

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Heriberto Arroyo

I certify that I am admitted to practice in this court.

____9/14/05____   ____/s/ Robert Sheketoff____
Date             Signature

Robert Sheketoff           457340
Print Name                 Bar Number

One McKinley Sq
Address

Boston            MA           02109
City              State        Zip Code

617-367-3449       617-723-1710
Phone Number       Fax Number