**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL No. 05-40033-FDS** |
| ) | |
| ) | |
| **HERIBERTO ARROYO** ) | |

**DEFENDANT'S MOTION TO**
**AMEND CONDITIONS RELEASE**

  The defendant, Heriberto Arroyo respectfully moves this Honorable Court to amend the conditions of his release so that he may visit his family in New York with prior notice to Pretrial Services.  In support thereof the defendant says that he has abided by all the conditions of his release to date and that the government does not object to this amendment of his conditions.

                     Respectfully submitted,
                     Heriberto Arroyo,
                     By his attorney

                     /s/ Robert Sheketoff

                     Robert Sheketoff
                     BBO# 457340
                     One McKinley Square
                     Boston, MA 02119
                     (671) 367-3449