UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>THOMAS VIGLIATURA, )<br>MATTHEW McLAUGHLIN, )<br>BRIAN BENEDICT and )<br>HERIBERTO ARROYO, )<br>  Defendants, )<br>) | **CRIMINAL ACTION<br>NO. 05-40033-FDS** |

ORDER OF EXCLUDABLE TIME
November 14, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 28, 2005 (date of expiration of prior order of excludable time) through January 23, 2006 (date by which the Government is to file its opposition to Defendants' Motion For Discovery) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE