```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
          v.                 )
                             )   Criminal Action No.
THOMAS VIGLIATURA,           )   05-CR-40033-CBS
MATTHEW MCLAUGHLIN,          )
BRIAN BENEDICT, and          )
HERIBERTO ARROYO,            )
          Defendants.        )
```

**UNITED STATES' MOTION TO UNIMPOUND**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to unimpound the following documents filed on December 22, 2005:

1. Motion for *Ex-Parte* Finding and Endorsement of Memorandum of Lis Pendens; and
2. Draft *Lis Pendens*.

The United States hereby requests that this Court unimpound all of the above-listed documents which have been filed in this criminal matter as they were promptly served upon any and all interested parties and their attorneys, along with any other individuals and/or financial institutions having or believed to have an interest in the real property located at 118 Santoro Road, Worcester, Massachusetts ("Defendant Property") which is alleged to be subject to forfeiture in this criminal action.

1

WHEREFORE, the United States respectfully requests that this Court unimpound the above-listed documents which have been filed in this criminal matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/Jennifer H. Zacks
     GEORGE W. VIEN
     JENNIFER H. ZACKS
     Assistant U.S. Attorney
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     (617) 748-3100

Date: January 11, 2006

APPROVED AND SO ORDERED:

_____
CHARLES B. SWARTWOOD III
UNITED STATES MAGISTRATE JUDGE

Date:_____

### CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that the foregoing document have been filed through the Electronic Court Filing system and also have been sent by First Class Mail to:

| | |
|---|---|
| Peter L. Ettenberg, Esquire | Andrew Good, Esquire |
| Counsel for Thomas Vigliatura | Counsel for Thomas Vigliatura |
| 370 Main Street | 83 Atlantic Avenue |
| Worcester, MA 01608 | Boston, MA 02110 |

        /s/Jennifer H. Zacks
        Jennifer H. Zacks
        Assistant U.S. Attorney

Date: January 11, 2006