UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
           v.                  )    CRIMINAL ACTION
                               )    NO. 05-40033-FDS
THOMAS VIGLIATURA,             )
MATTHEW McLAUGHLIN,            )
BRIAN BENEDICT and             )
HERIBERTO ARROYO,              )
           Defendants,         )
_____)
```

STATUS REPORT
January 25, 2006

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Pretrial Discussion

The Government and several counsel for these Defendants have had some initial discussions concerning the possibility of resolving this case as to their clients without a trial. These counsel have requested additional time to complete those discussions. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on March 13, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street,

Worcester, Massachusetts.

3.  <u>Excludable Time</u>

At the request of the Government and without opposition from counsel for the Defendants, I am excluding from the Speedy Trial Act, the period from January 23, 2006 (date of expiration of prior order of excludable time) through March 13, 2006 (date by which the all pretrial matters should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, May 22, 2006</u>.

/s/Charles B. Swartwood, III<br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE