# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## NOTICE

Please take notice that the criminal cases on the attached list, previously referred to Magistrate Judge Charles B. Swartwood III are now referred to Magistrate Judge Timothy S. Hillman upon his appointment to the bench of this Court.

All inquiries regarding matters before Magistrate Judge Hillman should be directed to Lisa Roland at 508-929-9905.

SARAH ALLISON THORNTON
Clerk of Court

By:   /s/Deborah F. Shattuck
      Division Manager

Date: February 21, 2006

Copies to: Counsel

## Criminal Cases

| Case Number | Case Name |
| --- | --- |
| 02-cr-10113-RGS | U.S. v. Anziani, et al |
| 04-cr-10201-MLW | U.S. v. Reyes |
| 04-cr-10223-GAO | U.S. v. Badat |
| 04-cr-10299-PBS | U.S. v. Luciano, et al |
| 05-cr-10003-NMG | U.S. v. Gianelli, et al |
| 05-cr-10040-DPW | U.S. v. Millan, et al |
| 05-cr-10041-WGY | U.S. v. Gonzalez-Vincente, et al |
| 05-cr-10226-RWZ | U.S. v. Am |
| 05-cr-10239-RCL | U.S. v. Joyner, et al |
| 05-cr-10276-MLW | U.S. v. Rinaldi |
| 05-cr-10305-NMG | U.S. v. Molway, et al |
| 06-cr-10013-DPW | U.S. v. Lucret |
| 99-cr-40009-NMG | U.S. v. Fortes, et al |
| 03-cr-40021-FDS | U.S. v. Gonzalez, et al |
| 05-cr-40006-FDS | U.S. v. Rodriguez |
| 05-cr-40011-FDS | U.S. v. Rosado |
| 05-cr-40018-FDS | U.S. v. Diaz, et al |
| 05-cr-40020-FDS | U.S. v. Morfin-Rodriguez, et al |
| 05-cr-40021-FDS | U.S. v. Beaty |
| 05-cr-40023-FDS | U.S. v. Martin |

## Criminal Cases

| Case No. | Case Name |
| --- | --- |
| 05-cr-40025-FDS | U.S. v. Bernabel, et al |
| 05-cr-40026-FDS | U.S. v. Mubayyid, et al |
| 05-cr-40027-FDS | U.S. v. Young |
| 05-cr-40033-FDS | U.S. v. Vigliatura, et al |
| 05-cr-40035-FDS | U.S. v. Botchway |
| 05-cr-40036-FDS | U.S. v. Machicote |
| 05-cr-40037-FDS | U.S. v. Khounthy, et al |
| 06-cr-40003-FDS | U.S. v. Arce |