UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
         v.                     )    CR. NO.: 05-40033-FDS
                                )
THOMAS VIGLIATURA

### ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The government moves to continue the telephonic status conference scheduled for Monday, March 13, 2006 at 2:00 p.m., until the late afternoon of Thursday, March 16, 2006.  In support of this Motion the government states that the undersigned government counsel will be trying the case captioned <u>United States v. Lefluer</u>, 04-10152-JLT, which is scheduled to begin on March 13th before Untied States District Judge Joseph L. Tauro. Judge Tauro usually holds court until approximately 4:00 p.m. each day.  The government hopes that the trial will be completed by March 16th.

Accordingly, the government respectfully request that the status conference be continued until March 16, 2006.  The

government also respectfully requests that the conference be scheduled as late in the day as possible in case the trial is not completed.  Defense counsel assent to this Motion.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

            By:

Dated: February 28, 2006      /S/ George W. Vien
                                    GEORGE W.  VIEN
                                    Assistant U.S. Attorney

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2006.

                                      /s/ George W. Vien
                                      George W. Vien
                                      Assistant U.S. Attorney