# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-40033-FDS** |
| THOMAS VIGLIATURA, | ) | |
| MATTHEW McLAUGHLIN, | ) | |
| BRIAN BENEDICT and | ) | |
| HERIBERTO ARROYO, | ) | |
| Defendants, | ) | |
| | ) | |

## STATUS REPORT
### March 17, 2006

**HILLMAN, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1.      Pretrial Discussion

The Government and Brian Benedict have arrived at a plea agreement and his case is returned to Judge Saylor for a Rule 11 hearing. The Government and Defendant McLaughlin are engaged in on-going plea discussions and request a further conference so that counsel for Mr. McLaughlin can prepare a medical and psychological package for use at a Rule 11 hearing. I have granted that request. Counsel for Heriberto Arroyo and Thomas Vigliatura indicate that their discovery is complete, but have joined in Mr. McLaughin's request for one final status conference which request I have granted.

2.    <u>Final Status Conference</u>

A final status conference shall be held in this case on April 24, 2006, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.    <u>Excludable Time</u>

At the request of the Government and without opposition from counsel for the Defendants, I am excluding from the Speedy Trial Act, the period from March 16, 2006 (date of expiration of prior order of excludable time) through April 24, 2006 (date for final status conference).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, July 3, 2006</u>.

<u>/s/Timothy S. Hillman</u>
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE