# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) ) **CRIMINAL ACTION** ) **NO. 05-40033-FDS** |
| THOMAS VIGLIATURA, MATTHEW McLAUGHLIN, BRIAN BENEDICT and HERIBERTO ARROYO,  Defendants, | ) ) ) ) ) ) |

## ORDER OF EXCLUDABLE TIME
### March 17, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 16, 2006 (date of expiration of prior order of excludable time) through April 24, 2006 (date of final status conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE