# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.  ) <br> ) <br> THOMAS VIGLIATURA, ) <br> MATTHEW McLAUGHLIN, ) <br> and HERIBERTO ARROYO, ) <br> Defendants, ) <br> ) | CRIMINAL ACTION <br> NO. 05-40033-FDS |

## STATUS REPORT
### April 24, 2006

**HILLMAN, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1.  Pretrial Discovery

The parties agree that except for the Jencks Act material that all discovery is complete. The Government and the Defendant, Matthew McLaughlin are engaged in on-going plea discussions and request a further conference so that counsel for Mr. McLaughlin can prepare a medical and psychological package for a Rule 11 hearing. Counsel for Mr. Vigliatura likewise requests additional time to fully investigate a plea agreement. Counsel for Defendant, Heriberto Arroyo, is ready for his case to be returned to Judge Saylor for trial. However, since Defendants need to be tried together, he acquiesced to one final continuance.

2. <u>Final Status Conference</u>

A final status conference shall be held in this case on May 24, 2006, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government and without opposition from counsel for the Defendants, I am excluding from the Speedy Trial Act, the period from April 24, 2006 (date of expiration of prior order of excludable time) through May 24, 2006 (date of final status conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, August 2, 2006</u>.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE