# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) **CRIMINAL ACTION** |
| | ) **NO. 05-40033-FDS** |
| THOMAS VIGLIATURA, | ) |
| MATTHEW McLAUGHLIN, | ) |
| and HERIBERTO ARROYO, | ) |
| Defendants, | ) |
| | ) |

## ORDER OF EXCLUDABLE TIME
### April 24, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the

United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir.

1982)), that the period from April 24, 2006 (date of expiration of prior order of excludable time)

through May 24, 2006 (date of final status conference) shall be excluded from the Speedy Trial Act.


                                        /s/Timothy S. Hillman
                                        TIMOTHY S. HILLMAN
                                        MAGISTRATE JUDGE