# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    ) <br> ) <br> ) <br> v.                                       ) <br> ) <br> THOMAS VIGLIATURA,                ) <br> MATTHEW McLAUGHLIN,            ) <br> and HERIBERTO ARROYO,          ) <br>        Defendants,                      ) <br> ) | **CRIMINAL ACTION** <br> **NO. 05-40033-FDS** |

## FINAL STATUS REPORT
### May 26, 2006

**HILLMAN, M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. <u>Pretrial Discovery</u>

The parties agree that all discovery is complete and that this case can be returned to Judge Saylor for guilty pleas and/or trials. Counsel for the Defendant, Matthew McLaughlin, represents that Mr. McLaughlin is desirous of pleading guilty and is awaiting action on his motion for funds to enable him to hire a medical expert to assist in presenting evidence during his guilty plea hearing. Defendant. Heriberto Arroyo, represents that he is ready for his case to be returned to Judge Saylor for trial. Defendant, Thomas Vigliatura, is also ready for trial but is continuing to negotiate with the Government in an effort to reach a plea agreement. No Defendant anticipates raising a defense of insanity, public authority or alibi. The Defendants will not be filing any dispositive motions and the

parties are ready to be returned to Judge Saylor for a guilty plea and or trial. No party represents that they need the services of an interpreter.

2. Excludable Time

As of the final status conference held on May 24, 2006, zero days will have been credited against the time provided by the Speedy Trial Act and seventy days will remain under the Speedy Trial Act. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Wednesday, August 2, 2006.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE