```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )    CR. NO.: 05-40033-FDS
                              )
THOMAS VIGLIATURA
```

### ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The government moves to continue the status conference scheduled for Monday, June 26, 2006 until July 10, 11, 12 or 13, 2006. In support of this Motion the government states that the undersigned government counsel is scheduled to try the case captioned <u>United States v. Dunbar</u>, 02-40004-NMG, beginning on June 26th. Government counsel planned to be on vacation the week of July 3rd. At least one defense counsel will be on vacation beginning July 14th.

Defense counsel assent to this Motion. All parties agree that the time until the status conference should be excluded under the Speedy Trial Act.

Accordingly, the government respectfully request that the status conference be continued until July 10, 11, 12 or 13, 2006 and that the time until the status conference be excluded.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:

Dated: June 14, 2006          /S/ George W. Vien
                              GEORGE W.  VIEN
                              Assistant U.S. Attorney
```

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 14, 2006.

/s/ George W. Vien
George W. Vien
Assistant U.S. Attorney