UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 05-40033-FDS |
| THOMAS VIGLIATURA ) | |
| ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On June 14, 2006, the government moved to continue the status conference scheduled for June 26, 2006. As grounds therefore, the government notes that counsel has a conflict in schedule with another case which is scheduled to commence on the date of the status conference. Defendant assented to the motion to continue. The status conference was rescheduled for July 13, 2006.

On motion of the government, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from June 26, 2006, through July 13, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

　　　　　　　　　　　　　　　　　　　　　　/s/ F. Dennis Saylor
　　　　　　　　　　　　　　　　　　　　　　F. Dennis Saylor IV
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: **June 22, 2006**