UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>THOMAS VIGLIATURA, )<br>MATTHEW MCLAUGHLIN, and )<br>HERIBERTO ARROYO, )<br>)<br>Defendants. )<br>) | Criminal No.<br>05-40033-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At a status conference on July 13, 2006, the parties jointly requested that the Court schedule a trial date for October in order to accommodate the professional and personal schedules of counsel. The Court accordingly scheduled trial to begin on October 23, 2006, and set a final pretrial conference for October 12, 2006.

On joint motion, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from July 13, 2006, through October 12, 2006, shall be excludable under the Speedy Trial Act pursuant to **18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A)**.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **July 13, 2006**