UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION |
| : | No. 05-40033-FDS |
| THOMAS VIGLIATURA, : | |
| MATTHEW McLAUGHLIN, : | |
| and HERIBERTO ARROYO, : | |
| Defendants : | |
| Defendants : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Department of Justice, Narcotic and Dangerous Drug Section, informs the Court that Harry J. Matz at telephone number (202) 514-0948 and/or e-mail address harry.matz@usdoj.gov submits his notice of appearance in the above-captioned matter.

Respectfully submitted,

Kenneth A. Blanco
Chief

Harry J. Matz, Senior Trial Attorney
U.S. Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W.
Room 11418
Washington, DC 20530
(202) 514-0948

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this __ of August, 2006, I caused a copy of the foregoing to be served by mail upon the attorney for counsel for defendants as follows:

Peter L. Ettenberg, Esquire
Gould & Ettenberg
370 Main Street
Worcester, MA 01608
Email: petterberg@gouldettenberg.com

Andrew Good
Good and Cormier
83 Atlantic Ave.
Boston, MA 02110
Email: agood@goodcormier.com

Daniel C. Mullane
11 Evertett Ave.
Chelsea, MA 02150

Janice Bassil
Carney & Bassil
20 Park Plaza, Suite 800
Email: Jbassil@CarneyBassil.com

Robert L. Sheketoff, Esq.
One McKinley Square
Boston, MA 02109
Email: sheketoffr@aol.com

George W. Vien
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
Email: george.vien@usdoj.gov

_____
Harry J. Matz