```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  ) CR. NO.: 05-40033-FDS
                              )
THOMAS VIGLIATURA             )
HERIBERTO ARROYO              )
```

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

The government moves for an extension of time until Tuesday October 10, 2006, in which to file its Trial Brief. In support of the this motion the government states that counsel for the government is handling a variety of other matters and needs to complete research related to the Trial Brief. The defendants, through counsel, assent to this extension of time.

Accordingly, the government respectfully requests until Tuesday October 10, 2006 to file its Trial Brief.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:

Dated: October 5, 2006        /s/ George W. Vien
                              GEORGE W. VIEN
                              Assistant U.S. Attorney


                      Certificate of Service

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 5, 2006.

<u>/s/ George W. Vien</u>
George W. Vien
Assistant U.S. Attorney
