```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    ) CR. NO.: 05-40033-FDS
                                )
THOMAS VIGLIATURA               )
HERIBERTO ARROYO                )
```

**ASSENTED TO MOTION FOR ONE DAY EXTENSION OF TIME**

The government moves for an extension of time until Friday October 6, 2006, in which to file its Proposed Jury Instructions. In support of the this motion the government states that counsel for the government has completed the Instructions but while converting the file into a pdf format for electronic filing the document became corrupted. The government believes it will take the computer systems personnel one day to resolve this problem and allow the document to be filed electronically. The defendants, through counsel, assent to this extension of time.

Accordingly, the government respectfully requests until Friday October 6, 2006 to file its Proposed Jury Instructions.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                             By:

Dated: October 5, 2006        /s/ George W. Vien
                                      GEORGE W. VIEN
                                      Assistant U.S. Attorney

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 5, 2006.

/s/ George W. Vien
George W. Vien
Assistant U.S. Attorney