UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.              ) | CRIMINAL No. 05-40033-FDS |
| ) | |
| ) | |
| HERIBERTO ARROYO       ) | |

**DEFENDANT'S ASSENTED TO MOTION TO
CONTINUE TRIAL DATE**

     The defendant, Heriberto Arroyo respectfully moves this Honorable Court to continue his trial date now scheduled for October 23, 2006.  In support thereof the defendant says that his counsel is beginning a criminal jury trial before Judge Gorton on October 16, 2006 with several co-defendants, and said trial will last more than one week.  The defendant's counsel no longer believes that the Judge Gorton case will reach a plea bargain before trial.
     Both the co-defendant and the government have assented to this motion.

                                                        Respectfully submitted,
                                                        Heriberto Arroyo,
                                                        By his attorney

                                                        /s/ Robert Sheketoff
                                                        Robert Sheketoff
                                                        BBO# 457340
                                                        One McKinley Square
                                                        Boston, MA 02119
                                                        (671) 367-3449