UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v.  ) | Criminal No. |
| ) | 05-40033-FDS |
| THOMAS VIGLIATURA, HERIBERTO ) | |
| ARROYO, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

Prior to the pretrial conference scheduled for October 12, 2006, counsel informed the Court that the trial in this case may conflict with a trial before Judge Gorton in which counsel was participating. With the assent of the parties, and to allow the parties continuity of counsel, the trial was continued. A status conference was then held on November 17, 2006. Defense counsel indicated that defendant Vigliatura may enter a guilty plea, and that plea negotiations were ongoing. The Court granted additional time to facilitate those negotiations. A pretrial conference is presently set for January 3, 2007, with trial set to begin on January 8, 2007.

With the assent of the parties, and because the ends of justice served by granting this continuance outweigh the interest of the public and the defendants in a speedy trial, the period of time from October 12, 2006, through January 3, 2007, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated: November 22, 2006           United States District Judge