UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA ) ) ) v. ) ) THOMAS VIGLIATURA and HERIBERTO ) ARROYO, ) ) Defendants. ) ) | Criminal No. 05-40033-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At the status conference on January 26, 2007, newly appointed counsel for defendant Vigliatura requested a continuance of the trial date. As reason therefor, counsel indicated that he needs adequate time to prepare for trial. To accommodate the schedules of all counsel and to permit adequate preparation time, trial was continued to June 4, 2007. A further status conference is scheduled for April 25, 2007.

With the assent of the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from January 26, 2007, through April 25, 2007, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: January 26, 2007