```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
         v.                   )     CR. NO.: 05-40033-FDS
                              )
BRIAN BENEDICT                )
```

### ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING OF DEFENDANT BRIAN BENEDICT UNTIL JUNE 22, 2007

The government moves to continue the sentencing hearing of defendant Brian Benedict until June 22, 2007. In support of this Motion the government states that it intends to call Brian Benedict as a witness at the trial of his codefendants. That trial is currently scheduled for June 4, 2007. Counsel for defendant Benedict and government counsel will ask the Court to consider the truthfulness of the defendant's testimony in determining the appropriate sentence for him. In order to give defendant Benedict a full opportunity to cooperate before sentencing, and to give the Court the opportunity to assess the truthfulness of his testimony before determining the appropriate sentence, the government respectfully requests that the sentencing hearing be continued to a date after the trial of his codefendants. The parties respectfully propose the date of June 22, 2007.

The defendant, through counsel, assents to this Motion.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney
```

```
                              By:

DATED: April 4, 2007              /S/ George W. Vien
                                  GEORGE W.  VIEN
                                  Assistant U.S. Attorney
```

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 4, 2007.

```
                                  /s/ George W. Vien
                                  George W. Vien
                                  Assistant U.S. Attorney
```