UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>THOMAS VIGLIATURA and HERIBERTO )<br>ARROYO, )<br>)<br>Defendants. )<br>) | **Criminal No.**<br>**05-40033-FDS** |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At the status conference on January 26, 2007, newly appointed counsel for defendant Vigliatura requested a continuance of the trial date. As reason therefor, counsel indicated that he needs adequate time to prepare for trial. To accommodate the schedules of all counsel and to permit adequate preparation time, trial was continued to June 4, 2007. A final pretrial conference was set for May 30, 2007, and a status conference was set for April 25, 2007.

At the status conference held April 25, 2007, counsel indicated that all parties will be ready for trial as scheduled, if no plea agreement has been reached.

With the assent of the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from April 25, 2007 through May 30, 2007 shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: April 27, 2007          United States District Judge