```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   ) CR. NO.: 05-40033-FDS
                              )
THOMAS VIGLIATURA             )
HERIBERTO ARROYO              )
```

GOVERNMENT'S REVISED WITNESS LIST

The United States of America, through undersigned counsel, submits this list of witnesses the government may call at trial:

1. Charles Daly, Worcester, Massachusetts
2. John Saari, Worcester, Massachusetts
3. Jose Gonzalez, Worcester, Massachusetts
4. Adam Sjogren, Worcester, Massachusetts
5. Kimberly Collins, Worcester, Massachusetts
6. Mechelle Azar, Worcester, Massachusetts
7. Dawn Lemovitz, Worcester, Massachusetts
8. Sarah DiMeco, Worcester, Massachusetts
9. Francis G. McCullen, Worcester, Massachusetts
10. Jeannine Camuso, Worcester, Massachusetts
11. Joseph Barrett, Special Agent Drug Enforcement Administration ("DEA")
12. Bruce Travers, Special Agent DEA
13. Brian Burke, Worcester, Massachusetts
14. Rodney Budrow, Task Force Agent DEA
15. Michael Boyle, Special Agent DEA
16. Damian Farley, Special Agent DEA

17. Jarod Forget, Special Agent DEA

18. Anastas Ndrenika, Special Agent DEA

19. Michelle Camilleri B Senior Forensic Chemist, DEA Northeast Laboratory, New York, NY

20. Andrew Coop, Ph.D. B Associate Professor, Department of Pharmaceutical Sciences, University of Maryland School of Pharmacy

21. James V. DeFrancesco, Ph.D. -- Senior Forensic Chemist, DEA North Central Laboratory, Chicago, IL

22. Deborah L. Zvosec, Ph.D. (medical anthropology) B Investigator, Minneapolis Medical Research Foundation

23. Thomas Blackwell, Director DEA Laboratory

24. Michael Richards, Task Force Agent DEA

25. John Stassi Task Force Agent DEA

26. Wayne Boiteau, Task Force Agent DEA

27. Jamie Vitale, Task Force Agent DEA

28. Michael Finnerty Special Agent DEA

29. David Patterson, Trooper Massachusetts State Police

30. Patrick Callahan, Special Agent DEA

31. William Parker, Task Force Agent DEA

32. Miguel Martinez, Task Force Agent DEA

33. Joseph Sicialiano, Task Force Agent DEA

34. Joseph Nicholson, Special Agent DEA

35. Custodian of Records/time keeper, Worcester Police Department

36. Thomas Vigliatura

37. Brian Benedict

38. Judy Daly

39. Custodian of Records University Of Massachusetts Medical Center

>                              Respectfully submitted,
>
>                              MICHAEL J. SULLIVAN
>                              United States Attorney
>
>                          By:
>                              /s/ George W. Vien
>                              George W. Vien
>                              Assistant U.S. Attorney
>                              Harry J. Matz
>                              Senior Trial Attorney
>                              Narcotic and Dangerous Drug Section
>                              U. S. Attorney's Office
>                              John Joseph Moakley
>                              United States Courthouse
>                              1 Courthouse Way, Suite 9200
>                              Boston, MA  02210
>                              (617) 748-3236

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2007.

>                              /s/ George W. Vien
>                              George W. Vien
>                              Assistant U.S. Attorney