```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    ) CR. NO.: 05-40033-FDS
                              )
THOMAS VIGLIATURA             )
HERIBERTO ARROYO              )
```

GOVERNMENT'S REVISED EXHIBIT LIST

The United States of America, through undersigned counsel, submits this list of exhibits the government may offer at trial:

1. Recording of Meeting on December 12, 2003 between John Saari and Thomas Vigliatura.

2. Recording of Telephone Conversation Between John Saari and Thomas Vigliatura on February 4, 2004.

2(T). Transcript of Exhibit 2.

3. Recording of Meeting on February 4, 2004 between John Saari and Thomas Vigliatura.

4. GBL Purchased on February 4, 2004 From Thomas Vigliatura

5. Recording of Telephone Conversation Between John Saari. and Thomas Vigliatura on March 4, 2004.

5(T). Transcript of Exhibit 5.

6. Recording of Telephone Conversation Between John Saari and Thomas Vigliatura on March 4, 2004.

7. Recording of Meeting Between John Saari and Thomas Vigliatura on March 4, 2004

8. GHB Purchased on March 4, 2004 from Thomas Vigliatura

9. GHB Obtained on March 13, 2004 from Thomas Vigliatura

10. Recording of Conversation on April 12, 2004 Between John Saari and Thomas Vigliatura.

11. Recording of Conversation on June 24, 2004 Between John Saari and Thomas Vigliatura.

12. GHB and GBL Purchased on June 25, 2004 from Thomas Vigliatura.

13. Recording of Conversation of June 25, 2004 between John Saari and Thomas Vigliatura.

14. Video Tape of Meeting Between Brian Benedict and Thomas Vigliatura on August 12, 2005.

15. Recording (audio) of Meeting Between Brain Benedict and Thomas Vigliatura on August 12, 2005.

16. Recording of conversation Between Brian Benedict and Thomas Vigliatura on August 24, 2005.

17. Compulsion Order Dawn Lemovitz

18. Compulsion Order Jeannine Camuso

19. Compulsion Order Mechelle Azar

20. Compulsion Order Frank McCullen

21. Compulsion Order Sarah DiMeco

22. Cooperation Agreement, Brian Benedict

23. Compulsion Order Thomas Vigliatura

24. Worcester Police Department Records

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:       /s/ George W. Vien
          George W. Vien
          Assistant U.S. Attorney
          Harry J. Matz
          Senior Trial Attorney
          Narcotic and Dangerous Drug
          Section
          U. S. Attorney's Office
          John Joseph Moakley
          United States Courthouse
          1 Courthouse Way, Suite 9200
          Boston, MA  02210
          (617) 748-3236

**Certificate of Service**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2007.

          /s/ George W. Vien
          George W. Vien
          Assistant U.S. Attorney