UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-40033-FDS |
| ) | |
| THOMAS VIGLIATURA, ET AL. ) | |
| ) | |

## APPLICATION REGARDING THOMAS VIGLIATURA

Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby applies to this Court, pursuant to Title 18, United States Code, Section 6003, for an Order requiring THOMAS VIGLIATURA to testify at the trial of this matter. In support of this application, the Government respectfully alleges as follows:

1. The trial of this case is scheduled to commence June 4, 2007. The United States expects to call THOMAS VIGLIATURA as a witness.

2. THOMAS VIGLIATURA has refused to testify or provide other information on the basis of his privilege against self-incrimination.

3. In the judgment of the United States Attorney, the testimony of THOMAS VIGLIATURA may be necessary to the public interest.

4. This Application is made with the approval of Mary Lee Warren, Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003(b) and 28 C.F.R. Section 0.175(a). A copy of the letter from the Deputy Assistant Attorney General expressing such approval is attached hereto, and incorporated herein.

WHEREFORE, the United States Attorney requests that this Court issue an Order pursuant to Sections 6002 and 6003 of Title 18, United States Code, requiring THOMAS VIGLIATURA to give testimony relating to all matters about which he may be examined before the Petit Jury of the United States.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney



U.S. Department of Justice

Criminal Division

---

Office of the Assistant Attorney General        Washington, DC 20530-0001

JUN -1 2007

The Honorable Michael J. Sullivan
United States Attorney
District of Massachusetts
Boston, Massachusetts 02210

Attention:   George W. Vien
             Assistant United States Attorney

Re:   United States v. Heriberto Arroyo

Dear Mr. Sullivan:

    Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring Thomas Vigliatura to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

                        Sincerely,

                        Alice S. Fisher
                        Assistant Attorney General

                        Mary Lee Warren
                        Deputy Assistant Attorney General
                        Criminal Division