UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 05-40033-FDS |
| | ) |
| THOMAS VIGLIATURA, ET AL. | ) |

ORDER

This matter is before the Court on the Application of Michael J. Sullivan, United States Attorney for the District of Massachusetts, for an Order requiring DAWN LEMOVITZ to give testimony or provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1. DAWN LEMOVITZ has been called to testify or provide other information at the trial of this matter;

2. DAWN LEMOVITZ has refused to testify or provide other information on the basis of her privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony or other information from DAWN LEMOVITZ may be necessary to the public interest; and

4. The Application filed herein has been made with the approval of Mary Lee Warren, Deputy Assistant Attorney General of the Criminal Division of the Department

of Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003(b) and Title 28, C.F.R., Section 0.175(a).

NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that DAWN LEMOVITZ shall give testimony or provide other information as to all matters about which she may be interrogated before the Petit Jury of the United States.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against DAWN LEMOVITZ in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

/s/ F. Dennis Saylor
F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

DATE: 6-4-2007