```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO.: 05-40033-FDS |
| | ) |
| HERIBERTO ARROYO | ) |

### GOVERNMENT'S SECOND REVISED EXHIBIT LIST

The United States of America, through undersigned counsel, submits this list of exhibits the government may offer at trial:

1. Proffer Letter Kim Collins. For Identification Only. Not Admitted.

2. Bottles (which contained GBL) Purchased on February 4, 2004 From Thomas Vigliatura.

3. Empty Bottles (which contained GHB And GBL) Purchased on March 4, 2004 From Thomas Vigliatura.

4. Bottle with contents of Purchase on March 4, 2004 referred to in Exhibit 3 (DEA lab consolidated contents)

5. No Exhibit

6. Bottles (which contained GHB and GBL) Purchased From Thomas Vigliatura on June 25, 2004.

7. Bottle (which contained GHB and GBL) Received As A Sample From Thomas Vigliatura March 13, 2004.

8. DEA Form 7 Lab Report on Exhibit 2; For Identification Only. Not Admitted.

9. DEA Form 7 Lab Report on Exhibit 3; For Identification Only. Not Admitted.

10. No Exhibit

    11.   DEA Form 7 Lab Report on Exhibit 6; For Identification Only.  Not Admitted.

    12.   DEA Form 7 Lab Report on Exhibit 7; For Identification Only.  Not Admitted.

    13.   Compulsion Order Dawn Lemovitz

    14.   Compulsion Order Sarah DiMeco

    15.   Cooperation Agreement, Brian Benedict

    16.   No Exhibit

    17.   Worcester Police Department Records

    18.   Compulsion Order Thomas Vigliatura

```
                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                         By:    /s/ George W. Vien
                                George W. Vien
                                Assistant U.S. Attorney

                                Harry J. Matz
                                Senior Trial Attorney
                                Narcotic and Dangerous
                                   Drug Section
                                U. S. Attorney's Office
                                John Joseph Moakley
                                United States Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA  02210
                                (617) 748-3236
```

**Certificate of Service**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 6, 2007.

```
                                /s/ George W. Vien
                                George W. Vien
                                Assistant U.S. Attorney
```