*Filed in open Court 6/7/07 m*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                           Cr. No. 05-40033-FDS

HERIBERTO ARROYO

**DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL**

Now comes the defendant Heriberto Arroyo and respectfully moves this Honorable Court to order a judgment of acquittal on both counts naming the defendant in the above-numbered case. In support thereof the defendant says that the government has failed to meet its burden as a matter of law.

                              Respectfully submitted,
                              By his attorney,

                              Robert L. Sheketoff
                              BBO #457340
                              One McKinley Square
                              Boston, MA 02109
                              (617) 367-3449