CASE NO.: (CIVIL) (CRIMINAL)    05-40033

TITLE:    USA    vs    Arroyo

## JURY PANEL

(1. Beverly Lumb

(2. Deborah Holtorf

(3. Margaret Gentile

(4. Pamela Corriveau

(5. Gregory Bennett

(6. Susanne Fleming (ALT)

7) Christine Kelly
   Alternate # 1

(8 Julie LaMarche (ALT)

(9 Steven Nuzzetti

(10 Elaine Kinner

(11 Kathleen Gorman

(12 Terry Szydlik

(13 Deborane Gentile

(14 Dale Fafard
   Alternate # 2

Alternate # 3    Alternate # 4

(PLTFF) (GOV'T)    WITNESSES    DEFENDANT

1. Kimberly Collins  6/5/07    1.

2. John Saari  6/5/07    2.

3. Michelle Camilleri  6/5/07    3.

4. Andrew Coop  6/5/07    4.

5. Deborah Zvosec  6/6/07    5.

6. Sarah DiMeco  6/6/07    6.

7. Dawn Lemoutz  6/6/07    7.

8. Brian Benedict  6/6/07    8.

9.    9.

10.    10.

11.    11.

12.    12.

13.    13.

14.