AO 187A (REV. 7/87)  EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. Arroyo   CASE NO 05-40033

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 6/5/07 | ✓ | ✓ | GBL + GHB Purchased from T. Vigliatura |
| 3 | | " | ✓ | ✓ | " " " " " " " |
| 6 | | " | ✓ | ✓ | " " " " " " " |
| 7 | | " | ✓ | ✓ | " " " " " " " |
| 4 | | " | ✓ | ✓ | " " " " " " " |
| 14 | | 6/6/07 | ✓ | ✓ | Order of Compulsion for Sarah DiMeco |
| 13 | | " | ✓ | ✓ | " " " " Dawn Lemovitz |
| 15 | | " | ✓ | ✓ | Cooperation Agreement for Brian Benedict |

Page 1 of 1 Pages