*Entered
6/7/07
At
2:07pm
nc*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v.   ) <br> ) <br> HERIBERTO ARROYO,   ) <br> ) <br> Defendant.   ) <br> ) | Criminal No. <br> 05-40033-FDS |

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT:

1. As to COUNT ONE (Conspiracy to Possess with Intent to Distribute GHB and GBL and to Distribute GHB and GBL):

    _____ Guilty          __X__ Not Guilty

    1A. As to COUNT ONE - Lesser Included Offense (Conspiracy to Possess GHB and GBL)

    *Answer this question ONLY if you find the defendant **not guilty** of conspiracy to possess with intent to distribute GHB and GBL and to distribute GHB and GBL:*

    __X__ Guilty          _____ Not Guilty

2. As to COUNT TWO (Conspiracy to Possess Cocaine and Ecstasy):

    __X__ Guilty          _____ Not Guilty

**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _[signature]_          DATE: 6/7/07