UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  05-40033-FDS |
| | ) | |
| | ) | |
| HERIBERTO ARROYO | ) | |

**DEFENDANT'S NOTICE OF APPEAL**

Now comes the defendant in the above-named case and respectfully notes his appeal to the United States Court of Appeals for the First Circuit from the judgment and sentence imposed by this Honorable Court on August 30, 2007.

    Respectfully submitted,
    By his attorney,


    /s/ Robert Sheketoff
    Robert Sheketoff
    BBO# 457340
    One McKinley Square
    Boston, MA 02119
    (617)-367-3449