UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number: 05-cr-40033-FDS

UNITED STATES OF AMERICA

v.

HERIBERTO ARROYO

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1--3, 6, 7, 16, 18-22, 30, 31, 33-35, 37, 39, 46, 47, 50, 52, 58, 59, 72, 73, 79, 80, 82, 84, 89, 93-96, 98, 99, 103, 104, 105, 119, 121, 124, 126-128, 130-142, 144, 174, 175, 177 & 178 are copies and can be destroyed after the appeal is complete. and contained in Volume(s) 1,2&3 are the filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/10/07

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/11/07

Sarah A Thornton, Clerk of Court
/s/ Sherry Jones
By:   Sherry Jones
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 9/19/07.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   07-2423

RETURN TO: US DISTRICT COURT
595 MAIN STREET, SUITE 502
WORCESTER, MA 01608

N:\appeals procedures\ClerksCertificate-COA.frm- 3/06