UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL No. 05-40033-FDS |
| | ) | |
| | ) | |
| HERIBERTO ARROYO | ) | |

DEFENDANT'S MOTION TO EXTEND
DATE FOR SELF REPORTING

The defendant, Heriberto Arroyo, respectfully moves this Honorable Court to extend the date on which he must self report from September 27, 2007 by two weeks to October 11, 2007. In support thereof the defendant says that he was told to call the Marshals Service on this date, September 24, 2007, to find out where he was designated by the Bureau of Prisons. He was informed that he has not yet been designated. The requested time is reasonably necessary to effectuate the advantages of being allowed to self report and to be able to do so on time.

The government does not object to this two week extension.

Respectfully submitted,
Heriberto Arroyo,
By his attorney

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(671) 367-3449