# United States Court of Appeals
## For the First Circuit

No. 07-2423

UNITED STATES
Appellee

v.

HERIBERTO ARROYO
Defendant - Appellant

**FEE REDUCTION NOTICE**

Issued: February 8, 2008

    Our records show that the transcript in Cr. No. 05-40033 (D. Mass.), ordered on November 27, 2007, has not been filed. If you have already filed the transcript in the district court, we request that the Certification of Filing Transcript form be filed with this Court immediately.

    If the transcript has not been filed by January 26, 2008, please be aware that a ten percent mandatory fee reduction took effect on January 27, 2008. If the transcript is not filed by February 25, 2008 a twenty percent mandatory fee reduction will apply.

    Please note that an extension of time does not waive the mandatory fee reductions. In order to obtain a waiver, a separate request must be made. The circuit clerk may waive the fee reduction in true hardship cases, but shall grant such waivers sparingly.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By:_____
Chief Deputy Clerk

[cc: Marianne Kusa-Ryll, Deborah Scalfani, Robert L. Sheketoff, Esq., Dina M. Chaitowitz, AUSA]