### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  07-2423

USDC Docket Number :  05-40033-FDS


United States of America


v.


Heriberto Arroyo

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 192-194  are original pleadings to be included with the record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 15, 2008.


Sarah A. Thornton, Clerk of Court


By:

 /s/ Deborah Scalfani, Deputy Clerk



Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.


_____
Deputy Clerk, US Court  of Appeals

 - 3/05