## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  KEYBOARD(USCA Case Number)

USDC Docket Number :  KEYBOARD(Our Case Number)

KEYBOARD(Type Plaintiff's Name)

v.

KEYBOARD(Type Defendant's Name)

---

**CLERK'S SUPPLEMENTAL CERTIFICATE**

    I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered KEYBOARD(Type document number(s))  are original pleadings to be included with the record on appeal in the above entitled case.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on DATE .

    Sarah A. Thornton, Clerk of Court

By:

/s/ Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

appeal supplemental cert form.frm - 3/05